UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FAROD K. WESTERFIELD #385400,

    Petitioner,

v.

    File No: 1:08-CV-610

    HON. ROBERT HOLMES BELL

CARMEN PALMER,

    Respondent.
    _____/

**ORDER APPROVING AND ADOPTING
MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

On September 22, 2009, Magistrate Judge Joseph G. Scoville issued a Report and Recommendation ("R&R") recommending that Petitioner Farod K. Westerfield's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 be denied. (Dkt. No. 32, R&R.) The R&R was duly served on the parties. Petitioner's request for a ninety-day extension of time to file objections was granted in part and denied in part, and he was granted thirty-days from November 3, 2009, to file his objections to the R&R. (Dkt. No. 34, 11/3/2009 Order.) Movant's motion for reconsideration of the length of the extension was denied. (Dkt. No. 36, 11/18/2009 Order.) To date Petitioner has not filed any objections to the R&R. The matter is now ready for consideration. The Court has reviewed the R&R and is satisfied with its disposition of the case. Accordingly,

    **IT IS HEREBY ORDERED** that the R&R (Dkt. No. 32) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Dkt. No. 1) is **DENIED**.


Dated: January 11, 2010            /s/ Robert Holmes Bell
                                   ROBERT HOLMES BELL
                                   UNITED STATES DISTRICT JUDGE